FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>Adrian Acevedo<br><br>                    Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions)<br><br>14-MJ-928 |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

```
 1            The court concludes:
 2  A.   ( )  Defendant poses a risk to the safety of other persons or the community
 3            because defendant has not demonstrated by clear and convincing
 4            evidence that:
 5            _____
 6            _____
 7            _____
 8            _____
 9
10  (B)  (X)  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            Defendant would appear as ordered.
13            _____
14            _____
15            _____
16
17       IT IS ORDERED that defendant be detained.
18
19  DATED: 5/9/14
20
21
22
23                                  _____
                                    HON. PATRICK J. WALSH
24                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```