FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY MK  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-0243-PA |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| ADRIAN ACEVEDO | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or
(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. [X]  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

~~no bail resources~~

~~illegal status~~

Criminal history

(B) [X]  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

no bail resources

illegal status

IT IS ORDERED that defendant be detained.

DATED: 6/16/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE